**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6724

MALCOLM MUHAMMAD,

                    Plaintiff - Appellant,

          v.

C. STAPLETON; W. R. HENSLEY; RANDY MATHENA,

                    Defendants – Appellees,

     and

M. STANFORD; B. RARIZEE; K. MASSEY; D. CRABTREE; DR. TATRO;
K. GIVENS,

                    Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (7:11-cv-00610-SGW-RSB)

Submitted: August 20, 2012      Decided:  August 23,2012

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Malcolm Muhammad, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Stapleton, No. 7:11-cv-00610-SGW-RSB (W.D. Va. Feb. 29 & Apr. 11, 2012). We deny the motion to file an amended complaint and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2